# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**R.Q. WARD, K.M. MCDONALD, M.G. MILLER**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**DEREK J. WOLSKI**
**LOGISTICS SPECIALIST SEAMAN APPRENTICE (E-2), U.S. NAVY**

**NMCCA 201400083**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 1 November 2013.
**Military Judge:** CDR Michael Luken, JAGC, USN.
**Convening Authority:** Commanding Officer, Explosive Ordnance Disposal Expeditionary Support Unit TWO, Virginia Beach, VA.
**For Appellant:** CAPT Charles Stimson, JAGC, USN.
**For Appellee:** Mr. Brian Keller, Esq.

**29 May 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority.  Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court